FILED
March 03, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ____Michael Trujillo____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS (EL PASO)

| | |
|---|---|
| ERIK SALAIZ, an individual, <br><br> Plaintiff, <br><br> v. <br><br> TAX ADVOCATE GROUP, LLC, a California limited liability company; JONATHAN PINEDA, an individual, <br><br> Defendants. | Case No. 3:22-cv-00007-KC <br> Honorable Kathleen Cardone |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

### TO THE HONORABLE COURT AND ALL PARTIES:

With Defendants Tax Advocate Group, LLC and Jonathan Pineda neither having answered nor filed a motion to dismiss or for summary judgment, Plaintiff Erik Salaiz, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses this action with prejudice, with each party to bear its own costs, attorneys' fees, and other fees. *See, e.g., Bailey v. Shell Western E&P, Inc.*, 609 F.3d 710, 719 (5th Cir. 2010) (holding the plaintiff has an "absolute right" to a Rule 41(a)(1) dismissal, which right "may not be extinguished or circumscribed by adversary or court") (internal quotation marks and citations omitted).

Dated: March 1, 2022

Respectfully submitted,

Erik Salaiz (*Pro Se*)
319 Valley Fair Way
El Paso, TX 79907
e-Mail: salaiz.ep@gmail.com

RECEIVED
March 03, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: \_\_\_Michael Trujillo\_\_\_
DEPUTY

Case 3:22-cv-00007-KC   Document 4   Filed 03/03/22   Page 2 of 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS (EL PASO)

| | |
|---|---|
| ERIK SALAIZ, an individual, </br></br> Plaintiff, </br></br> v. </br></br> TAX ADVOCATE GROUP, LLC, a California limited liability company; JONATHAN PINEDA, an individual, </br></br> Defendants. | Case No. 3:22-cv-00007-KC </br> Honorable Kathleen Cardone |

## [PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE

Upon consideration of Plaintiff's Motion for Voluntary Dismissal, the Court has determined that the Motion should be, and hereby is, **GRANTED** and this action be **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated: _____, 2022

_____
Hon. Kathleen Cardone
U.S. District Judge