**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| **ERIK SALAIZ,** § § **Plaintiff,** § § **v.** § § **TAX ADVOCATE GROUP, LLC; and** § **JONATHAN PINEDA,** § § **Defendants.** § | **CAUSE NO. EP-22-CV-7-KC** |

## ORDER

On this day, the Court considered Plaintiff Erik Salaiz's Notice of Voluntary Dismissal, ECF No. 4.  In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of Plaintiff's proposed Order of Dismissal, it is hereby **ORDERED** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all costs of court and attorneys' fees shall be paid by the party incurring same.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 4th day of March, 2022.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE